IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GENET WOULDU, on behalf of YIDIDIA SOLOMAN, | § § § | |
| Plaintiff, | § § | Civil Action No. 3:24-CV-0444-K |
| v. | § § | |
| THE BRAUN CORPORATION d/b/a BRAUNABILITY, UNITED ACCESS, LLC, EZ LOCK, INC., VALEDA COMPANY, LLC d/b/a Q'STRAINT, SUNRISE MEDICAL (US) LLC d/b/a QUICKIE WHEELCHAIRS, | § § § § § § § § | |
| Defendants. | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Defendant Valeda Company, LLC d/b/a Q'Straint America's First Amended Motion to Dismiss for Failure to State a Claim (the "Motion") (Doc. No. 85). Plaintiff Genet Wouldu, on behalf of Yididia Soloman, filed a Response (Doc. No. 95). Defendant Valeda did not file a reply in further support and the time to do so is long past.

The Court has carefully considered the Motion, the Response, the relevant portions of the record, and the applicable law. Having taken the well-pleaded facts as true and viewing those in the light most favorable to Plaintiff, the Court concludes that Plaintiff has pleaded her claims with facial plausibility as the "factual content . . . allows the court to draw the reasonable inference that the defendant is liable." *Aschcroft v.*

1

*Iqbal*, 556 U.S. 662, 678 (2009); *see also Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). Because Plaintiff has sufficiently stated her claims, the Court **DENIES** Defendant Valeda's Motion to Dismiss. *See* Fed. R. Civ. P. 12(b)(6).

**SO ORDERED.**

Signed June 18th, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE